IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. CR-24-514-D |
| MARCUS JEVAL ELEBY-KING, | ) ) ) |
| Defendant. | ) ) |

## ORDER

Before the Court is Defendant's Motion to Withdraw Plea of Guilty [Doc. No. 87], filed by Defendant, *pro se*, on October 14, 2025. On September 15, 2025, Michael Noland was appointed as counsel for Defendant by the Court [Doc. No. 79].

Defendant's *pro se* motion is **STRICKEN** because he was represented by counsel when his motion was filed, and any request for relief was required to be filed by counsel. A defendant has no right to hybrid representation in which he both represents himself and is represented by counsel. *See United States v. Hill*, 526 F.2d 1019, 1025 (10th Cir. 1975) ("The Sixth Amendment does not give any indication that hybrid representation is a right of constitutional dimensions."); *see also United States v. Chavis*, 461 F.3d 1201, 1205-06 (10th Cir. 2006) (citing *Hill* for the proposition that there is no Constitutional or statutory right of hybrid representation); *United States v. McKinley*, 58 F.3d 1475, 1480 (10th Cir. 1995) ("[I]t is certainly true that there is no constitutional right to a hybrid form of representation . . . .").

**IT IS SO ORDERED** this 28th day of October, 2025.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge